1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ERNESTO JACINTO VELASCO, | ) | NO. CV 10-7788 SVW (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| TONY HEDGPETH, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 16, 2011.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE